ACCEPTED
03-14-00561-CV
4681460
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 5:00:33 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00561-CV

## TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/27/2015 5:00:33 PM
JEFFREY D. KYLE
Clerk

## DANA DUTSCHMANN and KEVIN BIERWIRTH
### Appellant
### v.

## FEDERAL NATIONAL MORTAGE ASSOCIATION
### Appellee.

## APPELLANT'S MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

### TO THE HONORABLE COURT OF APPEALS:

Dana Dutschmann, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief was extended by the court to March 19, 2015.

2. Appellant seeks an extension of time to March 19, 2015 in order to file Appellant's Brief..

4. This extension of time is necessary because Appellant, required additional time to research and finalize her brief.

5. This is the first extension of time Appellant has sought for the filing his brief.

For these reasons, Dana Dutschmann requests that this court render an order

extending the time for filing Appellant's Brief to and including March 19, 2015.

Dana Dutschmann
13276 Research Blvd. Ste. 204
Austin, Texas 78750

## CERTIFICATE OF CONFERENCE

On March 27, 2015, an attempt was made to confer with Douglas Dent, attorney for the Appellee, in order to confer as to the extension but Dutschmann was unable to reach Mr. Dent.

Dana Dutschmann

## CERTIFICATE OF SERVICE

On March 27, 2015, a copy of the attached motion for extension of time was sent by U. S. Postal Service to:

Douglas G. Dent
6836 Bee Caves Road, Bldg. 3, Suite 303
Austin, TX 78746